CAROLINE JACKMAN et al., Respondents, *v.* BERNARD GRANT, Appellant.

Submitted April 12, 1948; decided April 22, 1948.

*Harry M. Nieman* and *Jacob W. Friedman* for motion.
*Samuel Oberlander* and *Nathan T. Oberlander* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.